**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-1134**

---

RICHARD L. WRIGHT; EDNA E. WRIGHT,

Plaintiffs - Appellants,

versus

RON'S MOBILE HOME SALES; RON MESSICK,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Benson E. Legg, District Judge. (CA-97-3167-L)

---

Submitted:  April 16, 1998          Decided:  April 30, 1998

---

Before WILKINS and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Richard L. Wright, Edna E. Wright, Appellants Pro Se.  Robert Lawrence Ferguson, Jr., Michael N. Russo, Jr., FERGUSON, SCHETELICH, HEFFERNAN & MURDOCK, P.A., Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's order dismissing their action for lack of subject matter jurisdiction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Wright v. Ron's Mobile Home</u>, No. CA-97-3167-L (D. Md. Jan. 20, 1998). We further deny Appellants' motion entitled "Mandamus for arbitrary and capricious unconstitutional prohibited failure(s) to execute self executing provision(s)." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2